Date of Arrest: **08/31**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> Vs. <br><br> Edgar Rodrigo LUGO-Verdugo <br> AKA: None Known <br> 087764312 <br> YOB: 1982 <br> Citizen of: Mexico <br> Defendant | Magistrate Case No. 17-1665 MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 31, 2017, Defendant Edgar Rodrigo LUGO-Verdugo, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about June 21, 2017. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Bellos

Signature of Complainant
Douglas Choi
Border Patrol Agent

Sworn to before me and subscribed in my presence,

September 01, 2017      at   Yuma, Arizona
Date                                     City and State

Eileen S. Willett, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Edgar Rodrigo LUGO-Verdugo
AKA: None Known
087764312

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 31, 2017, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about January 22, 2010. The Defendant was most recently removed on or about June 21, 2017, through the port of Nogales, Arizona.

Agents determined that on or about August 1, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

____September 01, 2017____
Date

_____
Signature of Judicial Officer